**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | David<br>First name<br><br>Allen<br>Middle name<br><br>Wigdahl<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0308 | |

Debtor 1   David Allen Wigdahl                                                                 Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

□ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

9N655 Kendall Road
Elgin, IL 60124
Number, Street, City, State & ZIP Code

Kane
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason.
  Explain. (See 28 U.S.C. § 1408.)

*Check one:*

□ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason.
  Explain. (See 28 U.S.C. § 1408.)

Debtor 1    David Allen Wigdahl _____    Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   David Allen Wigdahl                                          Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.  I am not filing under Chapter 11.

■ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

Number, Street, City, State & Zip Code

---

Debtor 1    David Allen Wigdahl

Case number *(if known)*

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15.**   **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■   **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐   **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐   **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐   **I am not required to receive a briefing about credit counseling because of:**

☐   **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐   **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐   **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐   **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐   **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐   **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐   **I am not required to receive a briefing about credit counseling because of:**

☐   **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐   **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐   **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   David Allen Wigdahl                                   Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ David Allen Wigdahl
_____                    _____
David Allen Wigdahl                                 Signature of Debtor 2
Signature of Debtor 1

Executed on    December  7, 2017                    Executed on    _____
            MM / DD / YYYY                                     MM / DD / YYYY

---

Debtor 1    David Allen Wigdahl                                                    Case number (if known) _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| /s/ Allen J. Guon | Date | December  7, 2017 |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

Allen J. Guon 6244526
Printed name

Shaw Fishman Glantz & Towbin LLC
Firm name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Number, Street, City, State & ZIP Code

Contact phone    312-541-0151          Email address    aguon@shawfishman.com

6244526
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Allen Wigdahl |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | **Unsecured claim** |
|---|---|---|---|

**1**   Wigdahl Electric Company
1802 Brunnel Ave
Elk Grove Village, IL 60007

What is the nature of the claim? _____   $ $2,200,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

_____

_____
Contact

_____
Contact phone

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)          $ _____
          Value of security:          - $ _____
          Unsecured claim          $ _____

**2**   Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

What is the nature of the claim?   2014 taxes   $ $614,689.54

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

_____

_____
Contact

_____
Contact phone

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)          $ _____
          Value of security:          - $ _____
          Unsecured claim          $ _____

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    David Allen Wigdahl _____    Case number *(if known)* _____

---

**3**

Internal Revenue Service
Ogden, UT 84201-0012

**What is the nature of the claim?**    Trust Fund Recovery
Penalty    $ $341,153.24

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**4**

William Wrigley, Jr. Trustee
c/o Mike Zinsky-Wrigley
Management
401 N. Michigan Ave #3200
Chicago, IL 60611

**What is the nature of the claim?**    promissory notes    $ $205,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**5**

US Bank
EP MN L23R
PO Box 2407
Minneapolis, MN 55402

**What is the nature of the claim?**    Range Rover lease    $ $40,478.45

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**6**

Elgin Academy
350 Park St.
Elgin, IL 60120

**What is the nature of the claim?**    tuition    $ $31,386.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    David Allen Wigdahl _____    Case number *(if known)* _____

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____ Contact
_____ Contact phone

---

**7**

Ford Credit
12110 Emmet St
Omaha, NE 68164

**What is the nature of the claim?**    2016 Ford F150 23,236 miles    $ $19,005.00

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ $54,005.00
  - Value of security:    - $ $35,000.00
  - Unsecured claim    $ $19,005.00

_____ Contact
_____ Contact phone

---

**8**

Barclays Bank Delaware
125 South West Street
Wilmington, DE 19801

**What is the nature of the claim?**    credit card    $ $17,868.67

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____ Contact
_____ Contact phone

---

**9**

Cohon Raizes & Regal
208 S. LaSalle Street Suite 1440
Chicago, IL 60604

**What is the nature of the claim?**    legal fees    $ $16,958.82

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

_____ Contact
_____ Contact phone

---

**10**

Chase

**What is the nature of the claim?**    credit card    $ $12,481.95

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    David Allen Wigdahl _____    Case number *(if known)* _____

201 N Walnut St
Wilmington, DE 19801

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
          Value of security:           - $ _____
          Unsecured claim            $ _____

_____
Contact
_____
Contact phone

---

**11**   Capital One
        7301 N Lincoln Ave
        Lincolnwood, IL 60712

What is the nature of the claim?   credit card   $ 10,931.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
          Value of security:           - $ _____
          Unsecured claim            $ _____

_____
Contact
_____
Contact phone

---

**12**   Discover Financial Services
        PO Box 6103
        Carol Stream, IL 60197-6103

What is the nature of the claim?   credit card   $ 8,709.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
          Value of security:           - $ _____
          Unsecured claim            $ _____

_____
Contact
_____
Contact phone

---

**13**   John Deere Financial
        6400 NW 86th Street
        P.O. Box 6600
        Johnston, IA 50131

What is the nature of the claim?   equipment repairs   $ 7,361.30

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
          Value of security:           - $ _____

_____
Contact

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | David Allen Wigdahl | | Case number (if known) | |
|---|---|---|---|---|
| | Contact phone | | Unsecured claim | $ |

---

**14** Kovitz Shifrin Nesbit
175 N Archer Ave
Mundelein, IL 60060

**What is the nature of the claim?**  legal fees    $ $6,880.04

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    - Value of security:    - $ _____
    - Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**15** Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

**What is the nature of the claim?**  2014 income taxes    $ $3,365.28

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    - Value of security:    - $ _____
    - Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**16** Law Office of Jeffrey R. Gottleib
616 N. North Court-Suite 160
Palatine, IL 60067

**What is the nature of the claim?**  legal fees    $ $1,340.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    - Value of security:    - $ _____
    - Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**17** Capital One
7301 N Lincoln Ave
Lincolnwood, IL 60712

**What is the nature of the claim?**  credit card    $ $1,046.79

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

B 104 (Official Form 104)                    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                    Page 5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    David Allen Wigdahl                                            Case number *(if known)* _____

**Does the creditor have a lien on your property?**

Contact _____

Contact phone _____

- ■ No
- ☐ Yes. Total claim (secured and unsecured)        $ _____
  - Value of security:                         - $ _____
  - Unsecured claim                              $ _____

---

| 18 | RMS Receivable Mgmt Services | | |
|---|---|---|---|

RMS Receivable Mgmt Services
Travelers Ins SC
P.O. Box 361136
Columbus, OH 43236

**What is the nature of the claim?**    services    $ $741.25

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

Contact _____

Contact phone _____

- ■ No
- ☐ Yes. Total claim (secured and unsecured)        $ _____
  - Value of security:                         - $ _____
  - Unsecured claim                              $ _____

---

| 19 | Buck Brothers |

Buck Brothers
14N937 US Highway 20
Hampshire, IL 60140

**What is the nature of the claim?**    services    $ $479.97

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

Contact _____

Contact phone _____

- ■ No
- ☐ Yes. Total claim (secured and unsecured)        $ _____
  - Value of security:                         - $ _____
  - Unsecured claim                              $ _____

---

| 20 | Kovitz Shifrin Nesbit |

Kovitz Shifrin Nesbit
175 N Archer Ave
Mundelein, IL 60060

**What is the nature of the claim?**    legal fees    $ $205.00

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

Contact _____

Contact phone _____

- ■ No
- ☐ Yes. Total claim (secured and unsecured)        $ _____
  - Value of security:                         - $ _____
  - Unsecured claim                              $ _____

---

| Part 2: | **Sign Below** |

Under penalty of perjury, I declare that the information provided in this form is true and correct.

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 6

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    David Allen Wigdahl                                              Case number *(if known)*

X    /s/ David Allen Wigdahl                                          X
David Allen Wigdahl                                                    Signature of Debtor 2
Signature of Debtor 1


Date    December  7, 2017                                          Date

B 104 (Official Form 104)          **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          **Page 7**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  David Allen Wigdahl _____  Case No. _____

                                   Debtor(s)      Chapter   11 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____  61

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  December  7, 2017 _____      /s/ David Allen Wigdahl _____

                                          David Allen Wigdahl
                                        Signature of Debtor

AAdvantage/American Airlines
4000 E Sky Harbor Blvd
Phoenix, AZ 85034


AAdvantage/American Airlines
PO Box 60517
City of Industry, CA 91716


Aiken County Treasurer
1930 University Parkway #2500
PO Box 873
Aiken, SC 29802


AllTran Financial, L.P.
5800 N Course Dr
Houston, TX 77072


Alltran Financial, LP
PO Box 722929
Houston, TX 77272-2929


AT&T
Bankruptcy Dept
PO Box 769
Arlington, TX 76004


AT&T Wireless Services
Bankruptcy Dept
PO Box 309
Portland, OR 97207-0309


Barclays Bank Delaware
125 South West Street
Wilmington, DE 19801


Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899


BMO Harris Bank
111 W Monroe St
Chicago, IL 60603

BMO Harris Bank, NA
111 W Monroe St
Chicago, IL 60603


BMO Harris Mortgage
PO Box 6148
Arlington Heights, IL 60006


Brock & Scott PLLC
4550 Country Club Road
Winston Salem, NC 27104


Brock & Scott PLLC
3800 Fernandina Rd #110
Columbia, SC 29210


Buck Brothers
14N937 US Highway 20
Hampshire, IL 60140


Capital One
7301 N Lincoln Ave
Lincolnwood, IL 60712


Capital One
1680 Capital One Dr
Richmond, VA 23238


Capital One Bank (USA) NA
PO Box 6492
Carol Stream, IL 60197-6492


Chase
201 N Walnut St
Wilmington, DE 19801


Codilis & Associates, P.C.
Attn: Lauren Riddick
15W030 North Frontage Rd #100
Burr Ridge, IL 60527


Cohon Raizes & Regal
208 S. LaSalle Street Suite 1440
Chicago, IL 60604

Com Ed
Bankruptcy Section
3 Lincoln Center
Oak Brook Terrace, IL 60181


Cynthia P. Wigdahl
9N655 Kendall Road
Elgin, IL 60123


Discover Financial Services
PO Box 6103
Carol Stream, IL 60197-6103


Discover Financial Services
PO Box 15316
Wilmington, DE 19850-5316


Discover Financial Services
2500 Lake Cook Rd
Deerfield, IL 60015


Dish Network
9601 S Meridian Blvd
Englewood, CO 80112-5905


Donna Wigdahl
1121 SW Fast St
Palm City, FL 34990


Elgin Academy
350 Park St.
Elgin, IL 60120


Ford Credit
12110 Emmet St
Omaha, NE 68164


Ford Credit
PO Box 542000
Omaha, NE 68154


Illinois Dep of Employment Security
Illinois Payment Contol Division
POB 4385
Chicago, IL 60680

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L 7-425
Chicago, IL 60602


Internal Revenue Service
Ogden, UT 84201-0012



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James Sullivan
Chapman and Cutler
111 W Monroe
Chicago, IL 60603


John Deere Financial
6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131


JP Morgan Chase
Attn Legal Dept
270 Park Ave
New York, NY 10017


Kane County Collector
710 S. Batavia Ave., Bldg A
Geneva, IL 60134


Kovitz Shifrin Nesbit
175 N Archer Ave
Mundelein, IL 60060


Law Office of Jeffrey R. Gottleib
616 N. North Court-Suite 160
Palatine, IL 60067

Matthew T. Gensburg
200 West Adams St. #2425
Chicago, IL 60606


Nicor Gas
Bankruptcy Dept
1844 Ferry Rd
Aurora, IL 60507


Northstar Location Services LLC
Attn: Financial Services Dept
4285 Genesee St
Cheektowaga, NY 14225-1943


Regions Mortage
215 Forrest St
Hattiesburg, MS 39401


Regions Mortage
PO Box 18001
Hattiesburg, MS 39404


RMS Receivable Mgmt Services
Travelers Ins SC
P.O. Box 361136
Columbus, OH 43236


RMS Receivable Mgmt Services
240 Emery St
Bethlehem, PA 18015


Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603


Sugar Freidberg & Felsenthal
30 N. LaSalle St. #2600
Chicago, IL 60602


Transworld Systems Inc/ADT
500 Virginia Dr. Suite 514
Fort Washington, PA 19034

US Bank
EP MN L23R
PO Box 2407
Minneapolis, MN 55402


US Bank
PO Box 790084
Saint Louis, MO 63179


US Bank
200 S 6th St
Minneapolis, MN 55402


US Bank
PO Box 5227, ML CN-OH-W15
Cincinnati, OH 45202-5227


US Bank Trust Nation Assoc
Trustee of CVF III Mortgage Loan
300 Delaware Ave, 9th Fl
Wilmington, DE 19801


Waste Management
1225 Gifford Rd
Elgin, IL 60120


Weltman, Winberg & Reis Co., LPA
323 W Lakeside Avenue #200
Cleveland, OH 44113-1009


Wigdahl Electric Company
1802 Brunnel Ave
Elk Grove Village, IL 60007


William Wrigley, Jr. Trustee
c/o Mike Zinsky-Wrigley Management
401 N. Michigan Ave #3200
Chicago, IL 60611